**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT,
IN AND FOR POLK COUNTY, FLORIDA,
CIRCUIT CIVIL DIVISION**

FROST VAN DEN BOOM & SMITH, P.A., f/k/a
Frost Tamayo Sessums & Aranda, P.A.
Post Office Box 2188
Bartow, FL 33831-2188

        Plaintiff,

vs.

        Case No.: _____
        Sec.   15

New Life Outreach Ministry, Inc.
1151 Kathleen Rd.,
Lakeland, FL  33805

        Defendant.

_____/

## COMPLAINT

Plaintiff, FROST VAN DEN BOOM & SMITH, P.A., (hereinafter "Plaintiff") by and through its undersigned attorney, files this complaint against Defendant, New Life Outreach Ministry, Inc. (hereinafter "Defendant"), and alleges:

1. This is an action for an amount in excess of $15,000.00.

2. At all times pertinent to this action, Plaintiff operated an office in the business of practicing law in Bartow, Polk County, Florida.

3. At all times pertinent to this action, Defendant was incorporated as a not for profit corporation in Polk County, Florida.

4. On or about June 9, 2006, Defendant contacted Plaintiff and retained Plaintiff as counsel for legal representation.

5. Plaintiff and Defendant entered into an agreement for Plaintiff to provide legal services to Defendant. (A copy of the agreement is attached hereto as

Exhibit "A" and by reference incorporated herein.)  Said retainer agreement provides that Plaintiff is entitled to recover interest, attorney fees and costs in any collection action.

6.    From June 9, 2006, to March 27, 2007, Plaintiff performed legal services for Defendant.

7.    Plaintiff rendered monthly statements to Defendant indicating the Defendant's outstanding balance due on his account.  (See statement attached hereto as composite Exhibit "B" and by reference incorporated herein).

8.    Defendant did not object to the statements.

9.    Defendant owes Plaintiff the sum of $71,527.61, as of January 6, 2009, plus interest attorney fees and costs which Plaintiff is entitled to recover pursuant to the terms of the parties' agreement.  Interest is accruing at an annual percentage rate of eighteen percent (18% APR).

10.    All conditions precedent to this action have been satisfied or occurred.

### COUNT I – BREACH OF EXPRESS CONTRACT

11.    Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 10 above.

12.    Plaintiff fully performed all of the terms of the parties' contract and is entitled to payment pursuant to its terms for attorney fees and costs incurred by Defendant.

13.    Defendant has breached the parties' agreement by failing and refusing to pay the sum of $71,527.61.

14. As a direct and proximate result of Defendant's breach of the parties' agreement, Plaintiff has been damaged in the amount of $71,527.61 plus interest accruing at 18% APR for each day after January 6, 2009 that the balance goes unpaid.

**WHEREFORE**, Plaintiff respectfully demands judgment for damages against Defendant in the sum of $71,527.61, together with prejudgment interest, attorney fees and the costs of these proceedings.

## COUNT II – QUANTUM MERUIT

15. Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 10 above.

16. Defendant accepted the benefit of the legal services performed by Plaintiff and agreed to pay Plaintiff a reasonable attorney's fee for its services.

17. The value of the work performed and the costs incurred by Plaintiff which remains outstanding totals $71,527.61.

18. A reasonable person receiving such a benefit would expect to pay for the benefit received.

**WHEREFORE**, Plaintiff demands judgment against Defendant for $71,527.61, together with prejudgment interest, attorney's fees and the costs of these proceedings.

## COUNT III – OPEN ACCOUNT

19. Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 10 above.

20. Defendant agreed to pay said monthly invoices.

3

21.     Defendant owes Plaintiff the sum of $71,527.61, which is due on an open account with Plaintiff.

**WHEREFORE**, Plaintiff demands judgment against Defendant for $71,527.61, as of January 6, 2009, together with prejudgment interest, attorney's fees and the costs of these proceedings.

## COUNT IV – UNJUST ENRICHMENT

22.     Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 10 above.

23.     Defendant has been unjustly enriched in that it has received the benefits of Plaintiff's legal services without rendering payment for same.

24.     Defendant knew of the benefit conferred and accepted and retained the benefit.

25.     It is inequitable for Defendant to have accepted or retained the benefit of the legal services provided without payment for same.

**WHEREFORE**, Plaintiff demands judgment against Defendant for $71,527.61, together with prejudgment interest, attorney's fees and the costs of these proceedings.

**DATED** this ____ day of January 2009.

**FROST VAN DEN BOOM & SMITH, P.A.**

**GARY L. PRINTY, JR.**
Florida Bar No. 41956
Post Office Box 2188
Bartow, FL 33831-2188
Tel: (863) 533-0314
Fax: (863) 533-8985
Attorney for Plaintiff

4